UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jhoana Juca,

                          Plaintiff,

            -against-

Kamar Samuels et al.,

                          Defendants.

26-CV-5336 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of plaintiff's motion for a temporary restraining order. Dkt. 7. The parties are directed to proceed as follows:

- Defendant is directed to file a response to the motion by Thursday, July 2, 2026
- Plaintiff may file any reply by Tuesday, July 7, 2026

Given the holiday weekend and other potential concerns, the parties may propose an alternate briefing schedule for the Court's approval. Once the motion is fully briefed, the Court may hold a hearing on the motion.

Plaintiff is directed to serve this order electronically on defendants who have not filed an appearances immediately upon receipt.

SO ORDERED.

Dated:  June 26, 2026
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge